UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,              :        21-Cr-382 (SHS)

        -v-                                    :        ORDER

REALITY LUCAS,                                :

        Defendant.              :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    A pretrial conference having been held today, with defendant and counsel for all parties present,

    IT IS HEREBY ORDERED that:

1.    The last day for the government to produce discovery is July 6, 2021;

2.    The last day for defendant to file motions is September 9, 2021;

3.    There will be a pretrial conference on September 9, 2021, at 9:30 a.m.; and

4.    At the request of the government, and with the consent of defendant, the time is excluded from calculation under the Speedy Trial Act from today until September 9, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
      June 14, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.