**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 7, 2021

**BY ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Reality Lucas**
      **21 Cr. 382 (SHS)**

Dear Judge Stein,

    I write to respectfully request that the Court adjourn the status conference and motions deadline, both of which are scheduled for Thursday, September 9, 2021, for approximately 30 days. Mr. Lucas has requested additional discovery from the government, which the government is still looking into. The requested adjournment will enable the parties to resolve the outstanding discovery disputes and submit any applicable motions.

    The government, by Assistant United States Attorney Camille Fletcher, consents to this request.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

**The conference is adjourned to October 7, 2021, at 4:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until October 7, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

**Dated:** New York, New York
       September 8, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.