UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr-382 (SHS)

-v-  :  ORDER

REALITY LUCAS,  :

           Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    A status conference having been held on November 8, 2021, with defendant and counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for the government to respond to defendant's motion is December 8, 2021;

    2.    The last day for defendant to reply is December 15, 2021; and

    3.    If the government believes that a hearing is necessary on defendant's motion, the government shall notify the Court in writing.

Dated: New York, New York
       November 9, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.