UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-382 (SHS) |
| -v- | : | ORDER |
| REALITY LUCAS, | : | |
| Defendant. | : | |

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    IT IS HEREBY ORDERED that there will be a fact hearing on defendant's motion to suppress evidence on March 21, 2022, at 9:30 a.m.

Dated: New York, New York
       March 11, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.