

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2022

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Reality Lucas*, 21 Cr. 382 (SHS)

Dear Judge Stein,

    The Government writes to request an adjournment of the fact hearing regarding the defendant's suppression motion scheduled for April 21, 2022 at 9:30 a.m. A key witness, the detective and case agent on this case, who is expected to testify at the hearing has not been medically cleared to return to work; he is expected to return on either April 19 or April 26, 2022. Therefore, he may not be available to testify on April 21, 2022. Defense counsel also has a scheduling conflict on April 21, 2022. Accordingly, the Government seeks to adjourn the hearing until the detective returns to duty. I understand from Chambers staff that the Court has time available on May 4, 2022 at 9:30 a.m. to hold the hearing. Defense counsel joins this request.

                                     Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                      by:   *Camille L. Fletcher*
                          Camille L. Fletcher
                          Assistant United States Attorney
                          Southern District of New York
                          (212) 637-2383

cc: Sylvie Lerner, Esq. (via ECF)

**The hearing is adjourned to May 12, 2022, at 9:00 a.m.**

**Dated: New York, New York**
       **April 7, 2022**

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.