

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2022

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Reality Lucas*, 21 Cr. 382 (SHS)

Dear Judge Stein,

The Government writes to request an adjournment of the closing argument in the evidentiary proceedings held regarding the defendant's suppression motion, which is scheduled for June 24, 2022 at 2:00 p.m. The Government has an interview with a witness at that time; the witness is flying in to meet with the Government and travel arrangements have already been made. The Government respectfully requests an adjournment to avoid additional costs associated with rescheduling the witness's travel arrangements. I understand from Chambers staff that the Court has time available on June 30, 2022 at 9:45 a.m. to hold the proceedings. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Sylvie Levine, Esq. (via ECF)

**The request to adjourn the closing arguments to June 30 at 9:45 a.m. is granted.**

**Dated: New York, New York**
**June 17, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.