UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr-382 (SHS)

    -v-  :  ORDER

REALITY LUCAS,  :

        Defendant.  :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    IT IS HEREBY ORDERED that the closing arguments regarding the hearing held on June 15 are adjourned to July 19, 2022, at 4:30 p.m.

Dated: New York, New York
       June 30, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.