UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-382 (SHS) |
| -v- | : | <u>ORDER</u> |
| REALITY LUCAS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

      A conference having been held today, with defendant and counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    For the reasons as set forth on the record, defendant's motion [Doc. No. 24] is denied;

      2.    Any motions in limine, proposed voir dire, and, if the parties, wish, proposed voir dire, are due on or before August 3, 2022;

      2.    Responses to any motions in limine are due on or before August 10, 2022;

      4.    There will be a final pretrial conference on August 15, 2022, at 2:00 p.m.; and

      5.    The trial of this action will commence on September 12, 2022, at 9:30 a.m. in Courtroom 23A.

Dated: New York, New York
          July 19, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.