# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 2, 2022

**BY ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Reality Lucas**
    21 Cr. 382 (SHS)

Dear Judge Stein,

We are scheduled to appear before the Court for a final pretrial conference in this case on August 15, 2022 at 2 p.m. The parties have conferred and Mr. Lucas wishes to schedule a change-of-plea conference for that date and time.

Given this anticipated disposition, the parties also request that the Court adjourn the deadline for motions in limine and proposed voir dire to August 16, 2022.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

> **Defendant's request to extend the deadline for motions in limine, etc. to August 16 is granted. The August 15 conference at 2:00 p.m. remains as set.**
>
> Dated: New York, New York
>        August 2, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.