UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,          :          21-Cr-382 (SHS)

             -v-                   :          ORDER

REALITY LUCAS,                     :

             Defendant.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    At the request of defendant, and with the consent of the government,

    IT IS HEREBY ORDERED that the final pretrial conference is adjourned to August 16, 2022, at 12:00 p.m.

Dated: New York, New York
       August 11, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.