UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNITED STATES OF AMERICA,       :      21-Cr-382 (SHS)

         -v-             :      ORDER

REALITY LUCAS,          :

        Defendant.     :

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

     Defendant having changed his plea to guilty to Count 1,

     IT IS HEREBY ORDERED that defendant shall remain on the previously set bail conditions until September 2, 2022, on or before 2:00 p.m., at which time defendant shall surrender to the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
       August 16, 2022

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.