UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-382 (SHS) |
| -v- | : | <u>ORDER</u> |
| REALITY LUCAS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    IT IS HEREBY ORDERED that the sentencing date is adjourned to January 3, 2023, at 3:30 p.m.

Dated: New York, New York
       December 7, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.