UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    -against-<br><br>REALITY LUCAS,<br><br>                    Defendant. | 24-cr-143 (AS)<br>21-cr-382 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and conference with the Court on Wednesday, March 27, 2024 at 3:00 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: March 26, 2024
         New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge