UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>REALITY LUCAS,<br>               Defendant. | 24-cr-413 (AS)<br>21-cr-382 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       The Court received notice from the U.S. Marshals that Defendant Reality Lucas refused to report for a scheduled in-person court appearance today. Counsel for Defendant is hereby ORDERED to make reasonable attempts to contact Defendant and ascertain the reason for his non-appearance.

       Additionally, the parties shall appear for an arraignment and conference with the Court on Friday, March 29, 2024, at 3:00 PM. Defendant is warned that if he refuses to appear, the Court may authorize the U.S. Marshals to use reasonable force to ensure his appearance.

       SO ORDERED.

Dated: March 27, 2024
       New York, New York

                                                           ARUN SUBRAMANIAN
                                                           United States District Judge