UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           -against-<br><br>REALITY LUCAS,<br>                    Defendant. | 24-cr-143 (AS)<br>21-cr-382 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court scheduled a bail hearing for July 10, 2024, at 2:00 PM. The hearing did not go forward because the Defendant was not produced. IT IS HEREBY ORDERED that the bail hearing will now take place on **Thursday, July 11, 2024**, at **2:00 PM**.

SO ORDERED.

Dated: July 10, 2024
       New York, New York

                                                      _____
                                                      ARUN SUBRAMANIAN
                                                      United States District Judge