UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>REALITY LUCAS,<br>                     Defendant. | 24-cr-143 (AS)<br>21-cr-382 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The *Fatico* hearing and the sentencing in this matter will now take on **Wednesday, January 15, 2025**, at **2:30 PM**.

SO ORDERED.

Dated: January 2, 2025
New York, New York

                                                                                     _____
                                                                                            ARUN SUBRAMANIAN
                                                                                       United States District Judge