UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -against-<br><br>REALITY LUCAS,<br>                              Defendant. | 21-cr-382 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court held a hearing on Wednesday in connection with the violation of supervised release specifications. The hearing will continue on Monday, February 3, 2025, at 10:00 AM, in Courtroom 15A.

      SO ORDERED.

Dated: January 17, 2025
      New York, New York

                                          ARUN SUBRAMANIAN
                                        United States District Judge