UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>REALITY LUCAS,<br>                      Defendant. | 21-CR-382 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court granted the motion at Dkt. 79 in an endorsement at Dkt. 80. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 79.

      SO ORDERED.

Dated: January 23, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                   United States District Judge