

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 25, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:      *United States v. Reality Lucas*, 21 Cr. 382 (AS)

Dear Judge Subramanian:

      The Government respectfully submits this letter, with the consent of the defendant, to request a two-day extension of the parties' post-hearing submissions from Monday, January 27, 2025, to Wednesday, January 29, 2025.[1]  Over the last two days (and expected to continue through Monday), the undersigned has been required to attend to another urgent matter that was not foreseen at the time the briefing schedule was requested, and the undersigned's colleague, Ms. Isaacson, is currently out of the country.  Accordingly, the requested two-day extension is being sought to enable the Government to adequately prepare and file its submission.  This is the Government's first request for an extension of the briefing schedule.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 82.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: January 27, 2025

Respectfully submitted,

DANIELLE SASSOON
United States Attorney for the
Southern District of New York

By: */s/ Adam Z. Margulies*
    Adam Z. Margulies
    Assistant United States Attorney
    (212) 637-2345

      cc:      All Counsel of Record (via ECF)

---

[1] A violation-of-supervised-release hearing was held in this matter on January 15, 2025, and a continued hearing and sentencing is scheduled for February 3, 2025, at 10:00 a.m.