UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>REALITY LUCAS,<br>     Defendant. | 21-CR-382 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The letter motion at Dkt. 85 was resolved at a hearing held on February 3, 2025. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 85.

  SO ORDERED.

Dated: February 4, 2025
   New York, New York

                  _____
                  ARUN SUBRAMANIAN
                  United States District Judge